IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | No. 4:13CR149 |
| v. | § | Judge Mazzant |
| | § | |
| XIA XU (5) | § | |

## NOTICE OF PLEA AGREEMENT

The government and the defendant, **Xia Xu**, have entered into a plea agreement in relation to the pending charges.

    Respectfully submitted,

    JOHN M. BALES
    UNITED STATES ATTORNEY

    /s/
    Marisa J. Miller
    Assistant United States Attorney
    New York Bar No. 4366415
    101 East Park Boulevard, Suite 500
    Plano, Texas 75074
    (972)509-1201
    (972)509-1209 (fax)
    Marisa.Miller@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served by electronic filing to opposing counsel on April 19, 2016.

    /s/
    Marisa J. Miller